# Buchanan

**Andrew J. Koopman**
andrew.koopman@bipc.com

500 Delaware Ave.
Suite 720
Wilmington, DE  19801

T 302 552 4200
F 302 552 4295

March 24, 2026

<u>**BY CM/ECF**</u>

The Honorable Willam C. Bryson
United States District Court
For the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:  **Vifor (International) AG et al v. Apotex Inc. et al., C.A. No. 25-cv-0021-WCB**

Dear Judge Bryson:

Pursuant to this Court's Order (D.I. 80), Defendants Apotex Inc. and Apotex Corp. (collectively "Apotex") respond to Plaintiffs' March 20, 2026 letter (D.I. 79).

Apotex has not "refused" to confer with Plaintiffs. Plaintiffs first alleged deficiencies in Apotex's discovery responses by letter dated March 13, 2026. Just two business days later, Plaintiffs demanded a meet and confer to occur less than a week from the date of their letter, without affording Apotex the time necessary to evaluate and respond to the issues raised. The accelerated timeline Plaintiffs demand is in sharp contrast to their own conduct during discovery, which included a four-week delay in responding to Apotex's first discovery deficiency letter.

Apotex informed Plaintiffs on March 19, 2026 that it would substantively respond to Plaintiffs' letter on a reasonable timeline, and would be prepared to meet and confer after having done so. Plaintiffs then proceeded to the Court with their unfounded allegations of delay—exactly one week from the date they first alleged any discovery deficiencies.

Any urgency Plaintiffs now claim is entirely of their own making, and results from an established pattern of delay by Plaintiffs. Plaintiffs have promoted unnecessary litigation by continuing to assert four patents that will expire before trial. Moreover, Plaintiffs are asserting a host of claims from U.S. Patent No. 7,754,702 that were previously invalidated through *inter partes* review and subsequently cancelled. When Apotex raised this issue and requested that Plaintiffs amend their contentions, Plaintiffs never responded. Pursuing discovery on expiring and invalid claims imposes significant and unnecessary burdens on Apotex.

March 24, 2026
Page - 2 -

Notwithstanding the above, and in compliance with this Court's Order, Apotex has taken steps to schedule the meet and confer sought by Plaintiffs, including proposing times to confer this week.

Sincerely,

Andrew J. Koopman

cc:    All Counsel of Record (via Email & CM/ECF)